**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. JKB-26-0216** |
| **ROMIEL THOMAS CALUB, JR., et al.** | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its undersigned counsel, moves this Honorable Court to order and direct that the entire indictment in the above captioned indictment be UNSEALED. All defendants have either had their initial appearances or have had initial appearances scheduled.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney


By:_____/s/_____
Michael C. Hanlon
Assistant United States Attorney

36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4895
Michael.hanlon@usdoj.gov

1